No. 465. AIR TRANSPORT ASSOCIATES, INC. *v.* CIVIL AERONAUTICS BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE BLACK, MR. JUSTICE REED, and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted. *Warren E. Miller* for petitioner. *Solicitor General Cummings, Emory T. Nunneley, Jr.* and *O. D. Ozment* for respondent. *George M. Morris* filed a brief for the Aircoach Transport Association, as *amicus curiae*, in support of the petition.

No. 480. DES MARAIS ET AL. *v.* BECKMAN, ADMINISTRATRIX. C. A. 9th Cir. Certiorari denied. MR. JUSTICE REED is of the opinion certiorari should be granted. *Edward V. Davis* for petitioners.

No. 204, Misc. FRANKFELD ET AL. *v.* UNITED STATES. C. A. 4th Cir. Motions for leave to file briefs of National Lawyers Guild and John Abt et al., as *amici curiae*, denied. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted. *Joseph Forer, Royal W. France* and *Harold Buchman* for petitioners. *Acting Solicitor General Stern, Assistant Attorney General Murray, Beatrice Rosenberg, Murry Lee Randall* and *Edward S. Szukelewicz* for the United States.

No. 262, Misc. COCHRAN *v.* MISSOURI ET AL. Supreme Court of Missouri. Certiorari denied.